IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK HAWKINS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Petitioner,

v.

CASE NO. 1D16-3960

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed November 9, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Patrick Hawkins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.